UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
(PENSACOLA DIVISION)
www.flmb.uscourts.gov

In re:                                                                                  Case No. 19-30420-KKS

MICHELLE JEAN BRACE                                          Chapter 7
CHRISTOPHER KEITH BRACE

    Debtors.
_____/

### ORDER GRANTING AMENDED AGREED MOTION OF BMO HARRIS BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY (DOC. 35)

THIS CASE came on for consideration of the Amended Agreed Ex-Parte Motion for Relief from the Automatic Stay in Favor of Creditor, BMO Harris Bank, N.A. (Doc. No. 35) ("Agreed Motion"). Having considered the Agreed Motion and being advised that the Debtors and the Chapter 7 Trustee consent to the relief requested, the Court deems the Agreed Motion to be uncontested. The Court makes no determination that the Debtors have defaulted on the underlying obligation or as to the standing of BMO Harris Bank, N.A. ("Movant"). It is

**ORDERED**:

1. The Agreed Motion is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to the Movant's interest in the following property:

    **2018 GMC Terrain (VIN: 3GKALMEX7JL127135)**

(the "Vehicle").

3. The automatic stay is modified for the sole purpose of allowing Movant to obtain *in rem* relief against the Vehicle, to take any and all steps necessary to exercise any and all rights it may have in the Vehicle, to gain possession of the Vehicle, to furnish to the Debtors any notices required under state law regarding the date of any sale of the Vehicle and disposition of the proceeds of the sale, and to have such other and further in rem relief as is just, but the Movant shall not obtain *in personam* relief against the Debtors.

4. The Trustee retains the Estate's interest in the Vehicle. Movant shall notify the Trustee should there be any surplus funds from the sale of the Vehicle.

DONE AND ORDERED on   September 3, 2019.

_____
KAREN K. SPECIE
U.S. Bankruptcy Judge

Attorney Bradley J. Anderson, Esquire is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

Copies to:
Christopher Keith Brace, 1202 Grandview Drive, Crestview, FL 32539;
Michelle Jean Brace, 1202 Grandview Drive, Crestview, FL 32539;
Harold F. Peek, Jr., Esquire, Law Office of Harold F. Peek, Jr., P.O. Box 36, Valparaiso, FL 32580;
Sherry Chancellor, Trustee, Law Office of Sherry F. Chancellor, 619 West Chase St., Pensacola, FL 32502;

Order prepared by Bradley Anderson, Esquire.